Thomas E. Robertson (CSB 262659)
Law Office of Thomas E. Robertson
225 Broadway, Suite 1460
San Diego, CA 92101
Tel: (619) 544 - 9911
Fax: (619) 238 - 1097
Email: thomas@robertsonSDlaw.com

Attorney for Plaintiff David Aceves

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ACEVES,<br><br>           Plaintiff,<br><br>vs.<br><br>CITY OF SAN DIEGO;<br>and DOES 1-10,<br><br>           Defendants. | Case No.: **'16CV0865 BAS DHB**<br><br>**COMPLAINT FOR DAMAGES BASED ON:**<br><br>  **1. 42 U.S.C. § 1983**<br>     **(Excessive Force)**<br><br>  **2. NEGLIGENCE**<br><br>**DEMAND FOR JURY TRIAL** |

This lawsuit arises from law enforcement's use of force against an unarmed person.  Plaintiff alleges:

## JURISDICTION AND VENUE

1.  This is a lawsuit for money damages under 42 U.S.C. § 1983, et seq., and the Fourth Amendment to the United States Constitution, for the violations of

Plaintiff's constitutional rights by officers of the San Diego Police Department. Jurisdiction therefore arises under 28 U.S.C. §§ 1331 and 1343.

2. Plaintiff also asserts a state law claim of negligence. The Court has supplemental jurisdiction over the state law claim under 28 U.S.C. § 1367(a).

3. Venue in this Court is proper under 28 U.S.C. § 1391(b). The incident giving rise to the claims in this lawsuit took place in the County of San Diego.

4. Plaintiff submitted his administrative claim to the City of San Diego; the claim was denied on January 21, 2016.

## PARTIES

5. Plaintiff is a 25-year-old man who currently resides in San Antonio, Texas. At the time of the incident, Plaintiff was in the County of San Diego for a professional convention.

6. At all times relevant to this lawsuit, Defendants DOES 1-10 were employees of Defendant City of San Diego and performed the relevant acts within the course and scope of their employment as police officers. Defendants DOES 1-10 performed these acts under the color and pretense of the statutes, ordinances, regulations, customs and usages of the State of California. Defendants DOES 1-10 are sued in their individual capacities (as to the claims under section 1983) and as employees of the City of San Diego (as to the state law claim).

7. Defendant City of San Diego is a public entity existing under the laws of the State of California and was the employer of Defendants DOES 1-10 at all times relevant to this lawsuit.

8. The true names and capacities of Defendants named as DOES 1 through 10 are currently unknown to Plaintiff. Thus, Plaintiff sues these Defendants by fictitious names. Plaintiff will amend this Complaint to identify the true names when ascertained. Plaintiff is informed, believes, and thereon alleges

that all Defendants sued as DOES are in some manner responsible for the acts and injuries giving rise to this lawsuit.

## FACTUAL ALLEGATIONS

9. During the early morning of August 15, 2015, Plaintiff was disoriented and traveling on foot through a canyon park in La Jolla.

10. In the canyon, Plaintiff encountered Defendants DOES 1-10, officers of the San Diego Police Department.

11. Plaintiff was unarmed and not wearing any clothes.

12. Without need or justification, Defendants DOES 1-10 intentionally released a police dog to attack Plaintiff.

13. The police dog bit Plaintiff on the right leg, inflicting serious injuries.

14. Plaintiff was transported to the hospital.

15. Doctors diagnosed Plaintiff with a "large degloving injury" and "multiple lacerations" to his right leg. This included "gross contamination" of the wounds, which required multiple procedures and treatments over the course of more than two weeks in the hospital. Based on the serious nature of the wounds, the recovery process is ongoing. Plaintiff has incurred substantial medical bills, missed work, and experienced emotional distress from the incident.

## FIRST CAUSE OF ACTION
**Against Defendants DOES 1-10 (individual capacity)**
**Excessive Force – 42 U.S.C. § 1983**

16. Plaintiff realleges and incorporates by reference the paragraphs stated above.

17. Based on these allegations, Defendants DOES 1-10 used unreasonable, unjustified, and excessive force on Plaintiff. Further, Defendants DOES 1-10 used this excessive force under color of law, which constituted an

unlawful seizure in violation of Plaintiff's rights under the Fourth Amendment to the U.S. Constitution.

18. As a proximate result of this excessive force, Plaintiff suffered the damages set forth in Paragraph 15. Thus, Plaintiff is entitled to compensatory damages, under 42 U.S.C. § 1983, in an amount to be proven at trial.

19. Plaintiff is further entitled to costs and reasonable attorney's fees under 42 U.S.C. § 1988.

20. In committing the acts alleged above, Defendants DOES 1-10 acted maliciously and were guilty of a wanton and reckless disregard for Plaintiff's rights. As a result, Plaintiff is entitled to punitive damages in an amount to be proven at trial.

### SECOND CAUSE OF ACTION
**Against All Defendants**
**Negligence – California Law**

21. Plaintiff realleges and incorporates by reference the paragraphs stated above.

22. Based on these allegations, at least one employee of Defendant City of San Diego was negligent in breaching the reasonable duty of care owed to Plaintiff. Defendants DOES 1-10 were acting within the scope of their employment as law enforcement officers of the San Diego Police Department.

23. This negligence directly and proximately caused the harm identified in Paragraph 15. Thus, Plaintiff is entitled to compensatory damages in an amount to be proven at trial.

24. Further, as set forth above, Defendants DOES 1-10 acted with unnecessary, cruel, and despicable conduct and in wanton disregard for the civil rights, health, and safety of Plaintiff. As a result, Plaintiff is entitled to recover

exemplary and punitive damages, against Defendants DOES 1-10, in an amount to be proven at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants, as follows:

1. Compensatory damages, including both general and special damages;
2. Punitive damages against Defendants DOES 1-10;
3. Attorney fees under 42 U.S.C. section 1988(b);
4. Costs, including expert fees, incurred in this lawsuit;
5. Prejudgment interest; and
6. Other relief that the Court deems proper.

Respectfully submitted,

Dated:  April 11, 2016          /s/Thomas E. Robertson

Thomas E. Robertson (SBN 262659)

Attorney for Plaintiff

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial as to all causes of action.

Respectfully submitted,

Dated:  April 11, 2016          /s/Thomas E. Robertson

Thomas E. Robertson (SBN 262659)

Attorney for Plaintiff